United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 4:19-CR-00228-2 |
| | § |
| DEONTE DANQUISE BAILEY-ROACH | § |
| | § |

## ORDER

The above-named defendant filed an unopposed motion for continuance of the time to respond to the Presentence Report and of the sentencing hearing (Dkt. No. 92). The Court finds that the ends of justice are served by granting this continuance, so therefore the motion is GRANTED. The docket control order is amended as follows:

- PSI Completion due by **August 13, 2021**.

- Objections to the Presentence Report shall be filed by: **August 30, 2021**.

- Responses to any objections shall be filed by: **September 13, 2021**.

- Final Presentence Report shall be filed by: **September 27, 2021**.

- Sentencing is reset for: **October 4, 2021 at 10:00 a.m.**

It is so ORDERED.

SIGNED on this 28th day of January, 2021.

_____
Kenneth M. Hoyt
United States District Judge